# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Sheila Stephens, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 6:15-3715-RMG |
| vs. | ) | |
| | ) | |
| Nancy A. Berryhill, Acting Commissioner | ) | |
| of Social Security Administration, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

This matter comes before the Court on Plaintiff's motion for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Dkt. No. 26). Plaintiff seeks an attorney's fee award of $2,405.00, representing 13 hours of attorney time at $185.00 per hour and an award for paralegal's time of $2,035.00, representing 22 hours of paralegal time at $92.50 per hour. Plaintiff also seeks reimbursement of expenses in the amount of $22.27. Thus, the total award sought by Plaintiff is $4,462.27. (Dkt. No. 26-1 at 9-10). The Commissioner has advised the Court she does not oppose Plaintiff's motion. (Dkt. No. 27).

The Court has reviewed the motion and memorandum of Plaintiff, as well as the supporting underlying documentation, and finds that the total fee request, hours expended, and hourly rates are reasonable and authorized under applicable law. *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002). Therefore, the Court hereby grants a fee award and expenses to Plaintiff in the amount of $4,462.27, as set forth above. This award is subject to the Treasury Offset Program, 31 U.S.C. § 3716(c)(1)(B). In the event Plaintiff has no present debt subject to offset and

Plaintiff has executed a proper assignment to her counsel, Defendant is directed to make the payment due herein to Plaintiff's counsel.  If Plaintiff has no present debt subject to offset and no proper assignment has been made by Plaintiff to her counsel,   Defendant is directed to make the check due pursuant to this Order payable to Plaintiff and to deliver the check to Plaintiff's counsel.

     AND IT IS SO ORDERED.

 

                                         Richard Mark Gergel
                                         United States District Judge

February 15, 2017
Charleston, South Carolina